PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Robert Grimes**                                     Docket No. **3:26-cr-00288**

### Petition for Action on Conditions of Pretrial Release

COMES NOW TODD JONES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Robert Grimes**, who was placed under pretrial release supervision by the **HONORABLE RUKHSANAH L. SINGH** sitting in the Court at **402 East State Street, Trenton, New Jersey** on April 24, 2025, under the following conditions:

$100,000 unsecured appeared bond

1. Pretrial Services Supervision.
2. Surrender all passports/travel documents. Do not apply for new travel documents.
3. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
4. Substance abuse testing and/or treatment as directed by Pretrial Services.
5. Maintain current residence or a residence approved by Pretrial Services.
6. Maintain or actively seek employment.
7. Have no contact with the following individual(s): co-defendants and/or co-conspirators.
8. Do not possess any documents containing personal identifying information of others.
9. Comply with any/all pending state court matters and supervision.

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **Bail Violation Hearing.**

ORDER OF COURT

Considered and ordered this ___4th___ day
of ___June___, 2026 and ordered filed
and made a part of the records in the above
case.

_____
HONORABLE ROBERT KIRSCH
U.S. DISTRICT JUDGE

**Bail Violation Hearing scheduled for 10:00 a.m.
on Wednesday, June 10, 2026 in courtroom 4E
before Hon. Robert Kirsch, USDJ.**

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on
_____6/2/26_____

_/s/Todd Jones_____
TODD JONES
U.S. Pretrial Services Officer